UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-055-E

No. **22-2806**

UNITED STATES OF AMERICA,
Appellant

v.

UNITED STATES SUGAR CORPORATION;
IMPERIAL SUGAR COMPANY;
LOUIS DREYFUS COMPANY LLC;
UNITED SUGARS CORPORATION

(D. Del. No. 1-21-cv-01644)

Present: RESTREPO and PHIPPS, <u>Circuit Judges</u>

1. Emergency Motion filed by Appellant United States for an Injunction Pending Appeal and an Administrative Injunction Pending Adjudication of the Motion.

2. Response filed by Appellees United States Sugar Corp, Imperial Sugar Co, Louis Dreyfus Co, LLC, and United Sugars Corp to the Appellant's Emergency Motion for Injunction.

3. Unopposed Motion filed by Appellees United States Sugar Corp to accept Appellees' Response to Emergency Motion for Injunction Pending Appeal that is in excess of word limit.

4. Reply by the Appellant United States.

Respectfully,
Clerk/JK

_____ORDER_____

The foregoing motions, response, and reply are considered. Appellant's emergency motion for an injunction pending appeal and for an administrative injunction pending adjudication of the motion is DENIED in its entirety. Appellees' motion to file a response that exceeds the word limit is GRANTED.

The following expedited briefing schedule shall apply to this appeal:

Appellant's brief and appendix shall be filed and served no later than October 31, 2022;

Appellees' brief shall be filed and served no later than November 21, 2022;

Appellant's reply brief, if any, shall be filed and served no later than December 5, 2022.

After briefing is complete, the case will be calendared before the next available merits panel.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated: September 30, 2022
JK/cc: All Counsel of Record