Melissa Arbus Sherry
Direct Dial: 202.637.3386
melissa.sherry@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM&WATKINS LLP

November 29, 2022

Patricia S. Dodszuweit
Clerk of the Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

     Re:  No. 22-2806, *United States v. United States Sugar Corporation et al.*

Dear Ms. Dodszuweit:

  Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), undersigned counsel for Defendants-Appellees United States Sugar Corporation ("U.S. Sugar"), Imperial Sugar Company ("Imperial"), and Louis Dreyfus Company LLC ("Louis Dreyfus") write to inform the Court that U.S. Sugar completed its acquisition of Imperial's assets on November 28, 2022. Under the asset purchase agreement, Imperial's assets—including its real property interests, tangible personal property, intellectual property, accounts receivable, inventory, and all goodwill and going-concern value—have been transferred to a wholly-owned subsidiary of U.S. Sugar. While Imperial, as previously identified in ECF No. 31, still exists and is owned by Louis Dreyfus Company Sugar Holdings LLC, which is a subsidiary of Louis Dreyfus, the entity will be renamed within the coming days.

                    Respectfully submitted,

                    */s/ Melissa Arbus Sherry*
                    Melissa Arbus Sherry of
                    LATHAM & WATKINS LLP
                    *Counsel for United States Sugar Corporation*

                    */s/ Timothy G. Cameron*
                    Timothy G. Cameron of
                    CRAVATH, SWAINE & MOORE LLP
                    *Counsel for Imperial Sugar Company and*
                    *Louis Dreyfus Company LLC*

cc: All Counsel of Record (via ECF)